■ CANANDAIGUA NATIONAL BANK AND TRUST COMPANY, Respondent, v DOUGLAS J. LYNCH et al., Appellants. (Appeal No. 3.) [696 NYS2d 735] —Order unanimously affirmed without costs. Same Memorandum as in *Canandaigua Natl. Bank & Trust Co. v Lynch* ([appeal No. 1] 265 AD2d 933 [decided herewith]). (Appeal from Order of Supreme Court, Ontario County, Henry, Jr., J.—Renewal.) Present—Lawton, J. P., Hayes, Pigott, Jr., Hurlbutt and Scudder, JJ.

■ In the Matter of ROBIN L. BAILEY, Appellant, v COUNTY OF YATES et al., Respondents. [696 NYS2d 325] —Judgment unanimously affirmed without costs. Memorandum: Supreme Court properly held that the determination of respondent Yates County Legislature upholding the decision of the Grievance Hearing Committee denying petitioner's grievance was not arbitrary or capricious and had a rational basis (*see,* CPLR 7803 [3]; *Matter of Pell v Board of Educ.,* 34 NY2d 222, 231). Pursuant to the collective bargaining agreement, respondent County of Yates (County) was not required to accept the advisory opinion of the arbitrator (*see, Matter of Plainedge Fedn. of Teachers v Plainedge Union Free School Dist.,* 58 NY2d 902). Finally, the County is not estopped from denying petitioner's request for relief based on erroneous advice given by its employee (*see, Matter of Smith v New York State & Local Retirement Sys.,* 199 AD2d 763, 764; *see also, Matter of E.F.S. Ventures Corp. v Foster,* 71 NY2d 359, 371). (Appeal from Judgment of Supreme Court, Yates County, Bender, J.—CPLR art 78.) Present—Lawton, J. P., Hayes, Pigott, Jr., Hurlbutt and Scudder, JJ.